**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEUTSCHE BANK AG, NEW YORK BRANCH, | ) | CASE NO. 1:25-cv-2332 |
| | ) | |
| | ) | JUDGE CHARLES E. FLEMING |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HH CLEVELAND HUNTINGTON, L.P., *et al.*, | ) | **ORDER ON MOTION HEARING** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A Motion Hearing is hereby scheduled for May 14, 2026 at 9:00 AM in Courtroom 17A on Plaintiff Deutsche Bank AG, New York Branch's Motion for (I) Sale of Receivership Property; (II) Acknowledge Credit Bid Rights; and (III) Set Sales Procedures to Facilitate Requested Sale (ECF No. 61).  Each side shall have one hour to introduce evidence and present any arguments regarding their respective positions on the motion.

The Motion Hearing shall be open to the public.  The parties are **ORDERED** to produce two copies of the exhibits they plan to use in binders, plus an additional loose copy for the Courtroom Deputy.  Each set of exhibits shall include a table of contents.  All exhibits shall be marked in accordance with Loc. R. 39.1.  The parties will have access to the courtroom's technology.  Counsel must bring with them all cords, adapters, and other equipment necessary to facilitate their connection to the courtroom's technology.  If counsel would like the opportunity to get familiarized with or otherwise have access to the courtroom technology prior to the hearing, such request must be made by emailing the Courtroom Deputy, Stephanie Siner, at Stephanie_Siner@ohnd.uscourts.gov by close of business on May 11, 2026.

Witness lists and exhibit lists shall be exchanged, and filed under seal pursuant to the parties' Stipulated Protective Order (ECF No. 48), by close of business on May 12, 2026. Witnesses and exhibits not included in each respective party's witness or exhibit list will not be permitted.  Any motion to continue the hearing shall comply with the Court's standing order.

**IT IS SO ORDERED.**

Date: May 8, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**