IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK AG, NEW YORK BRANCH | ) | Case No.: 1:25-cv-2332 |
| | ) | |
| | ) | Judge Charles E. Fleming |
| *Plaintiff* | ) | |
| | ) | Magistrate Judge James E. Grimes, Jr. |
| v. | ) | |
| | ) | **Parties' Proposed Revision to the Case** |
| HH CLEVELAND HUNTINGTON, L.P., | ) | **Management Schedule** |
| | ) | |
| *Defendants* | ) | |

In response to the Court's Minutes of Proceedings and Order (Doc. 64), the parties propose the following revision to the current case management schedule. The present cut-off for fact discovery is May 1, 2026 while expert discovery is July 31, 2026, with a dispositive motion deadline of August 31, 2026.

Defendants HH Cleveland Huntington, L.P. and Frank T. Sinito have represented that there is no longer a need for expert discovery. Therefore, the parties propose that the cut-off for discovery be changed to August 15, 2026, and the initial dispositive motion deadline be changed to September 15, 2026, with the oppositions due 30 days later and replies due 14 days thereafter. The parties recommend a status hearing at the end of July.

Plaintiff Deutsche Bank AG, New York Branch anticipates that more than one dispositive motion may need to be filed, depending on the outcome of any sale of the property. That is not likely to occur until after the initial dispositive-motion deadline.

Respectfully submitted,

/s/ Matthew G. Vansuch
Matthew G. Vansuch (0079328)
Roetzel & Andress LPA
6550 Seville Dr., Suite B
Canfield, OH 44406

Tel. (330) 533-6195
Fax (330) 533-6198
mvansuch@ralaw.com

Attorney for Plaintiff

/s/ Adam M. Brown
Larry W. Zukerman (0029498)
S. Michael Lear (0041544)
Adam M. Brown (0092209)
Zukerman, Lear, Murray & Brown Co., LPA
3912 Prospect Avenue, East
Cleveland, OH 44115
Tel. (216) 696-0900
Fax (216) 696-8800
lwz@zukerman-law.com
sml@zukerman-law.com
amb@zukerman-law.com

Attorneys for Defendants HH Cleveland
Huntington, L.P., and Frank T. Sinito

/s/ Mark R. Musson
Mark R. Musson (0081110)
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, OH 44113
Tel. (216) 443-7795
MMusson@prosecutor.cuyahogacounty.us

/s/ Christopher W. Peer
Christopher W. Peer (0076257)
Matthew N. Danese (0096828)
Wickens Herzer Panza
35765 Chester Rd.
Avon, OH 44011-1262
Tel. (440) 695-8000
Fax (440) 695-8098
CPeer@WickensLaw.com
MDanese@WickensLaw.com

CERTIFICATE OF SERVICE

I certify that, on May 14, 2026, a copy of the foregoing was electronically filed through the Court's CM/ECF system, which will effect service on counsel for all parties.

/s/ Matthew G. Vansuch
Matthew G. Vansuch (0079328)
Roetzel & Andress LPA

24861729_2