**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEUTSCHE BANK AG, NEW YORK BRANCH, | ) ) ) | CASE NO. 1:25-cv-2332 |
| Plaintiff, | ) ) | JUDGE CHARLES E. FLEMING |
| v. | ) ) | |
| HH CLEVELAND HUNTINGTON, L.P., *et al.*, | ) ) ) | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| Defendants. | ) ) ) | |

Before the Court is Receiver John Lane's Motion For (I) Sale of Receivership Property; (II) Acknowledge Credit Bid Rights; and (III) Set Sales Procedures To Facilitate Requested Sale (ECF No. 61) (the "Sale Motion").  Defendants HH Cleveland Huntington, L.P. and Frank Sinito filed an opposition which, in relevant part, argued that the sale process outlined by Receiver was a private sale process that required mandatory procedural safeguards under 28 U.S.C. § 2001(b), which include the Court appointment of three appraisers to appraise the property at issue and the inability to confirm a sale less than two-thirds of the appraised value.  (ECF No. 65, PageID #1585–86 (citing 28 U.S.C. § 2001(b))).  Receiver's reply in support of the Sale Motion does not address § 2001(b).  (ECF No. 68).  Plaintiff Deutsche Bank AG, New York Branch's reply indirectly addresses § 2001(b) in a footnote stating: "This is not a private sale process, and any objection on that ground is without merit."  (ECF No. 66, PageID #1611, n.3).

Upon review of the parties' briefs, and the May 14, 2026 Motion Hearing transcript (ECF No. 74), the parties have not directly addressed whether either 28 U.S.C. § 2001(a) or (b) apply to this case or provided legal arguments or authority to support their position on this issue. Accordingly, the Court **ORDERS** Receiver and Plaintiff to file supplemental briefing, on or before

1

June 3, 2026, addressing: (i) whether Receiver's proposed sale procedures (ECF No. 61-1) for the

Sale Motion qualify as a public sale or private sale under 28 U.S.C. § 2001(a) or (b); and (ii) how

the proposed sale procedures comply with the requirements of § 2001.  The supplemental brief(s)

should also address whether the proposed sale procedures should be amended to provide specific

protections under § 2001(b), if it is assumed that the proposed sale procedures provide for a public

sale that can be converted into a private sale.[1]   Defendants shall file any response by June 17,

2026.

**IT IS SO ORDERED.**

Date: May 20, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

---

[1] For example, should the Court be required to appoint three appraisers at this time, or only if the proposed auction is cancelled and Receiver moves forward with a private sale.

2