**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEUTSCHE BANK AG, NEW YORK BRANCH, | ) | CASE NO. 1:25-cv-2332 |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| v. | ) | |
| HH CLEVELAND HUNTINGTON, L.P., *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

Before the Court is the joint motion of John K. Lane ("Receiver"), Plaintiff, Deutsche Bank AG, New York Branch ("Plaintiff"), and Defendants, HH Cleveland Huntington, L.P. ("HHCH") and Frank T. Sinito (with HHCH, "Defendants") (Receiver, Plaintiff, and Defendants collectively, "Movants") to adjourn certain sale process deadlines. (ECF No. 131) (the "Motion"). The Motion generally seeks adjournment of the Qualified Bid Deadline of November 8, 2026, the Auction deadline of November 10, 2026, and the Sale Hearing set for November 16, 2026 (collectively, the "Sale Deadlines"). (Mot. at PageID #3116).

Movants indicate that there is a Proposed Resolution in which Defendants would retain the Property through funding from a third party. (*Id.* at PageID #3117). Defendants have placed a deposit of $200,000 with the Receiver, which is to become non-refundable if the Court orders the requested adjournment. (*Id.*). To give the parties time to finalize this agreement, the Movants request adjournment of all deadlines until December 17, 20226. (*Id.* at PageID #3118). If the Proposed Resolution does not bear fruit, the Receiver would move the Court regarding new deadlines for the sale process. (*Id.*).

Movants initially indicated that all parties agree to this Motion except Defendant Cuyahoga County, Ohio, which did not provide its position on Movant's requested relief. (*Id.* at PageID #3120). Movants filed a notice on November 9, 2026, stating that the County consents to the relief requested in the Motion. (ECF No. 132 at PageID #3131).

Because all parties agree to the relief requested, and for good cause shown, the Court **GRANTS** the Motion. The Sale Deadlines are hereby **HELD IN ABEYANCE**. The Court **APPROVES** the Adjournment Deposit, which is non-refundable upon entry of this order. If the Proposed Resolution closes by December 17, 2026, the Court **ORDERS** the parties to provide appropriate notice to the Court, with a proposal for resolving this case, by close of business on December 18, 2026. If the Proposed Resolution does not close by December 17, 2026, the Receiver is **ORDERED** to file a motion or other document with a proposal for moving forward with the case by close of business on December 22, 2026. Additionally, the Court **ORDERS** that the Receiver may continue to market the Property and work with interested parties to qualify them as bidders.

**IT IS SO ORDERED.**

Date: November 9, 2026

Charles Fleming

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**